UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN THE MATTER OF                              )
                                              )
Verner Crawford Jr                            ) CASE NO.  05-60424
                                              ) CHAPTER 13
            DEBTORS                           )

## MOTION FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 6047BK

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $356.45 into U. S. Treasury Fund 6047BK for the following reasons:

1.      That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2.      That a proof of claim was filed by Bank Card Services on March 21, 2005.

3.      That your Trustee sent payment in the amount of $356.45 on said claim in April 2011.

4.      That said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $356.45 into U.S. Treasury Fund 6047BK on behalf of Bank Card Services whose last known address was PO Box 15019, Wilmington, DE 19886.


Paul R. Chael, Trustee
Indiana Attorney #3881-45


## CERTIFICATE OF SERVICE


I hereby certify that on September 16, 2011 service of a true and complete copy of the above and foregoing pleading or paper was made upon the following be electronic service:

U.S. Trustee- ustpregion10.soecf@usdoj.gov
Nicholas Snow, Attorney for Debtor

and upon the following by depositing the same in the United States mail, envelope properly addressed to the debtor with sufficient first-class postage affixed


/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45


Debtor: Verner Crawford Jr. 100 West 11th Ave. Apt 220, Gary, IN 46402